UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LI ZHANG AND ZIHAN WANG,

                    Plaintiffs

                21-cv-6035 (PKC)

        -against-

                              <u>ORDER</u>

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ET AL.,

                    Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        It appearing that no request for issuance of summons has been made, and that counsel for defendants has not made an appearance in the case, the initial conference scheduled for February 4, 2022 at 10:30 a.m. is adjourned to April 5, 2022 at 10:30 a.m.

        Call-In: 1-888-363-4749; Access Code: 3667981.

        SO ORDERED.

                                                    P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
           February 3, 2022