

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 3, 2022

*Conference adjourned from May 20, 2022, to September 1, 2022 (telephonically) at 10 am.*
*SO ORDERED*
*/s/ PKC USDJ*
*5-9-22*

VIA ECF
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: *Li Zhang, et al., v. USCIS, et al.*, No. 21 Civ. 6035 (PKC)

Dear Judge Castel:

    This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate two Applications to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request that the conference presently scheduled for May 20, 2022, be rescheduled for a date sixty days after the government has been served with a copy of the summons and complaint.[1] *See* Fed. R. Civ. P. 12(a)(2) (providing a United States officer or agency with sixty days after service to respond to complaint), 4(i)(1)-(2) (to serve a United States agency, requiring delivery of a copy of the summons and complaint to the United States Attorney's Office in the district where the action is brought), 6(d) (adding an additional three days for service by mail).

    I respectfully request this extension because this Office has not been served with a copy of the summons and complaint in this matter. The "affidavit of service" filed on the docket at ECF No. 4 is merely copies of summonses apparently completed by the plaintiffs' counsel, but that were not issued by the Clerk of Court. As the docket reflects, the plaintiffs have not yet properly requested that the Clerk of Court issue any summonses, and accordingly, the Clerk has not yet done so. Further, although the "affidavit of service" suggests that the plaintiffs may have served the United States Attorney's Office in Washington, D.C. with a copy of the complaint and a summons that had not been properly issued, plaintiffs did not serve this Office as they are required to do. Although the docket indicates that prior conferences may have been held in this matter, this Office was not aware of these conferences given the lack of service. Accordingly, this is the government's first request for an adjournment of the pretrial conference. Plaintiffs' counsel consents to this request.

---

[1] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

Case 1:21-cv-06035-PKC   Document 7   Filed 05/09/22   Page 2 of 2
Case 1:21-cv-06035-PKC   Document 6   Filed 05/03/22   Page 2 of 2

Page 2

I thank the Court for its consideration of this letter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By:    *s/ Jacqueline Roman*
        JACQUELINE ROMAN
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (347) 714-3363
        E-mail: jacqueline.roman@usdoj.gov
        *Attorney for Defendants*

cc: Counsel of record (via ECF)